

ORDER

Appellate case name:      Latrice Williams v. Dana Lee

Appellate case number:   01-10-00296-CV

Trial court case number:  2008-27802

Trial court:                    309th District Court of Harris County, Texas

Appellant has filed a "Motion to Extend Time to File a Brief," a "Request for Supplementation of Clerk's Record," and a "Request for Supplementation of the Reporter's Record." This Court has reviewed the record, and the motion and requests are GRANTED in part and DENIED in part.

This Court ORDERS court reporter Delores Johnson to file a supplemental reporter's record containing the records from the following dates in the underlying trial court cause:[1]

- May 6, 2009
- May 27, 2009
- June 1, 2009
- October 13, 2009
- November 13, 2009
- January 8, 2010
- February 24, 2010

These records shall be filed in this Court **within 30 days of the date of this order.** Due to the delays previously incurred in this appeal, no extensions will be granted. *See* TEX. R. APP. P. 35.3(c).

The trial court clerk is ORDERED to file a supplemental clerk's record containing the documents on the attached "Request for Supplementation of Clerk's Record," to the extent that

---

[1]     These records are those included on the court reporter's information sheet of July 19, 2010 that exist and were requested by appellant, but have not yet been filed.

07-30-12 P12:26 IN

these documents exist in the record. If a requested document does not exist in the record, the trial court clerk shall so note on the certification page for the supplemental record. This supplemental record shall be filed with this Court **within 30 days of the date of this order.** Due to the delays previously incurred in this appeal, no extensions will be granted.

When the above-specified records are filed, the record in this appeal will be complete. Appellant's brief will be due 30 days from the date the record is complete. *See* TEX. R. APP. P. 38.6(a). Appellee's brief will be due 30 days from the date appellant's brief is filed. *See id.* 38.6(b). Due to the delays previously incurred in this appeal, no extensions will be granted. *See id.* 38.6(d).

Other than the relief described above, all other relief requested in appellant's motion and requests are DENIED.

It is so ORDERED.


Judge's signature: /s/ <u>Justice Evelyn V. Keyes</u>
        ☑ Acting individually    ☐ Acting for the Court


Date: July 30, 2012



COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Latrice Williams v. Dana Lee

Appellate case number:    01-10-00296-CV

Trial court case number:   2008-27802

Trial court:                      309th District Court of Harris County, Texas

Appellant has filed a "Motion to Extend Time to File a Brief," a "Request for Supplementation of Clerk's Record," and a "Request for Supplementation of the Reporter's Record." This Court has reviewed the record, and the motion and requests are GRANTED in part and DENIED in part.

This Court ORDERS court reporter Delores Johnson to file a supplemental reporter's record containing the records from the following dates in the underlying trial court cause:[1]

- May 6, 2009
- May 27, 2009
- June 1, 2009
- October 13, 2009
- November 13, 2009
- January 8, 2010
- February 24, 2010

These records shall be filed in this Court **within 30 days of the date of this order.** Due to the delays previously incurred in this appeal, no extensions will be granted. *See* TEX. R. APP. P. 35.3(c).

The trial court clerk is ORDERED to file a supplemental clerk's record containing the documents on the attached "Request for Supplementation of Clerk's Record," to the extent that

---

[1]     These records are those included on the court reporter's information sheet of July 19, 2010 that exist and were requested by appellant, but have not yet been filed.

Latrice Williams
P.O. Box 20665
Long Beach,CA 90801
(323) 634-2543

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 1 7 2012

M KARINNE McCULLOUGH
CLERK_____

## APPELLANT'S REQUEST FOR
## SUPPLEMENTATION OF CLERK'S RECORD

TO: Nannette Belcher
Court reporter for the 309 Court of Harris County, Texas

1115 Congress, 7th Flr.
Houston, TX 77002
(713) 755-6234

FROM: Latrice Williams
Appellant, Pro Se

RE: Appellant's request for supplementation of the clerk's record for DANA LEE *v.* LATRICE WILLIAMS, cause number 2008-27802, in the District Court of Harris County, Texas.

Appellant, LATRICE WILLIAMS, requests that the court clerk prepare, certify, and file a supplement to the clerk's record, as authorized by Texas Rule of Appellate Procedure 34.5(c). Specifically, Appellant requests that the following documents be included in the clerk's record:

a) Order on Motion for Substitution of Counsel (Iris Robinson of Ivy Rickets)– *Filed Oct 17, 2008*
b) Judgment for attorney fees, from Iris Robinson Hefter.-*Filed Dec 17, 2009*
c) Intervenor, Iris Robinson Hefter Motion to Shorten time for Discovery Responses and/or Motion to Modify Discovery Control Plan & Order- *Filed Oct 22, 09*
d) Intervenor, Iris Robinson Hefter Order on Motion to Shorten time for Discovery Responses and/or Motion to Modify Discovery Control Plan – *Nov 13, 2009*
e) Iris Robinson Hefter, Intervenor Interrogatories to Respondent LatriceWillliams
f) Iris Robinson Hefter, Intervenor Motion to Compel Discovery and for Sanctions- *Filed Dec 3, 2009*
g) Iris Robinson Hefter, Intervenor Contract and Agreement
h) Iris Robinson Hefter, Intervenor Certificate of Discovery- *Filed Oct 5, 2009-Nov 16, 2009*
i) Appointee Fee/Expense Report-*Filed March 13, 2009*
j) Rule 11 Agreement-*Filed Feb 24, 2009*
k) Motion to Extend Temp Restraint order – *Filed Aug 20, 2008*
l) Agreed Temp Order – *Filed Sept 2, 2008*
m) Agreed Temp Order – *Filed Nov 26, 2008*

Page 1 of 4

n) Sworn Inventory and Appraisement of Latrice Williams-Respondent
o) Sworn Inventory and Appraisement of Dana Lee-Petitioner
p) Respondent's Motion for Continuance and Request for Affirmative Relief, filed by Iris Hefter
q) Iris Hefter Robinsons, Motion for Withdrawal of Counsel – *Filed May 27, 2009*
r) Emergency Temp Orders- *Filed May 27, 2009*
s) Notice of Trial – *Filed May 27, 2009*
t) Additional Temp Orders and Order Granting Motion to Partially Set Aside Mediated Settlement Agreement and/or the Court's Motion for New Trial- *Filed June 5, 2009*
u) Order on Motion to Partially Set Aside Mediated Settlement Agreement- *Filed June 11, 2009*
v) Order Compelling Production – *Filed Nov 13, 2009*
w) Judgment of Direct Contempt of Court-*Filed June 10, 2010*
x) Order Resetting Trial – *Filed Dec 8, 2008*
y) Order Resetting Trial – *Filed March 25, 2009*
z) Order Assigned Trial- *Filed April 27, 2009*
aa) Order Setting Trial – *Filed Sept 17, 2009*
bb) Motion for with Withdrawal of Counsel – William Rice – *Filed Sept 21, 2009*
cc) Order on Motion for Withdrawal of Counsel – William Rice – *Filed Oct 13, 2009*
dd) Respondent's Motion for Continuance – *Filed Jan 11, 2010*
ee) Response to Motion for New Trial – *Filed Feb 24, 2010*
ff) Notice of Appeal of Latrice Williams- *Filed Apr 9, 2010*
gg) Motion to Set Aside the Entire Mediated Settlement Agreement-*Filed Dec 7, 2010*
hh) Judgment Final Divorce Decree-*Filed May 6, 2009*
ii) Judgment Final Divorce Decree-*Filed Jan 8, 2010*
jj) Appellant's letter addressed to Guadalupe Navarro, Houston Volunteer Lawyers Program-*Filed Jan 11, 2010*
kk) Appellant's letter addressed to Mr. Rice on Aug 28, 2009-*Filed Oct 14, 2009*
ll) Appellant's letter addressed to Mr. Rice on Sept 22, 2009-*Filed Oct 14, 2009*
mm) Bill of Exception

Appellant requests that the documents listed above be prepared, certified, and filed in the First Court of Appeals by the court clerk.


Respectfully submitted

By: _____

**Latrice Williams, Appellant, Pro Se**
P.O. Box 20665
Long Beach, CA 90801
(323) 634-2543


Page 2 of 4

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant, Latrice Williams, Request For Supplementation of Clerk's Record was served on July 14, 2012 , in compliance with Texas Rules of Appellate Procedure 9.5 and 25.1 (e), on the following in the manner listed below:

IRIS HEFTER ROBINSON                     Certified Mail# 7010 2780 0001 3388 5573
Iris Hefter Robinson, P.C.
4550 Post Oak Place, Suite 141
Houston, Texas 77027-3106
Telephone: (713) 871-9377
Facsimile: (713) 871-8636
Texas Bar Number: 17091000
INTERVENOR

SCOTT THOMAS                             Certified Mail# 7010 2780 0001 3388 5566
Charles Brown Law Firm
720 North Post Oak Road, Suite 310
Houston, Texas 77024
Telephone: (713) 627-0770
Facsimile: (713) 627-627-0240/627-0250
Texas Bar Number: 19861210
Attorney for Dana F. Lee

Hon. M. Karinne McCullough                Certified Mail#: 7010 2780 0002 2911 4235
Clerk of the Court
FIRST COURT OF APPEALS
301 Fannin
Houston, Texas 77002-2066
(713) 274-2700

NANNETTE BELCHER                          Certified Mail # 7010 1870 0001 2528 8202
Clerk of Court
309 Judicial District Court
1115 Congress, 7th Fl
Houston, Texas 77002
Telephone: (713)755-6234

DELORES JOHNSON                           Certified Mail #7010 1870 0001 2528 8196
Official Court Reporter
309 Judicial District Court
1115 Congress, 7th Flr
Houston, Texas 77002
Telephone: (713) 755-4801
Facsimile: (713) 780-2565

HON. CHRIS DANIEL
Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210-4651
Telephone: (713) 755-5500

Certified Mail #7010 2780 0001 3388 5597

ANGELA N. MCBRIDE
Court Reporter
7818 West Road
Houston, TX 77064
(713) 504-2179

Certified Mail: #7010 1870 0001 2528 8189

CHELSEA ERICKSON
Court Reporter
101 Eucalyptus #7101
Lake Jackson, TX 77566
(979) 236-5108

Regular Mail

CANTRECE ADDISON
Court Reporter
2330 Fieldrose Court
Richmond, TX 77469
(281) 687-2276

Certified Mail: #7010 1870 0001 2528 8226

HON. FRANK RYND
Judge
309 Judicial District Court
1115 Congress, 7th Flr
Houston, TX 77002
Telephone: (713)755-6234
Texas Bar Number: 17498300

Certified Mail: # 7010 1870 0001 2528 8219

Appellant, Latrice Williams, Pro Se